# United States Bankruptcy Court
### Eastern District of Kentucky

In re  Brian D Hoskinds
       Rosa M Hoskinds
                                    Debtor(s)

Case No.  13-20455
Chapter   13

ORDER

The foregoing Motion to Extend Automatic Stay pursuant to 11 U.S.C. 362(c)(3)(B), a hearing having been held and no objections being received, and the Court being in all ways sufficiently advised,

IT IS HEREBY ORDERED AS FOLLOWS:

That the Automatic Stay shall continue in full force and effect for the duration of the Plan; subject however, that if the Chapter 13 Plan of the Debtor is not confirmed within six (6) months of the filing date, then in that event the Automatic Stay shall be terminated.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Friday, April 12, 2013
(tnw)**